# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

In re    *CHARLES LUKACS*
       *and*
     *IRIS M LUKACS*

Case No. *2:14-bk-16727*
Chapter *7*

_____ / Debtor

Attorney for Debtor:    **MATTHEW HARTLEY**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*845.00*_____
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $ _____*845.00*_____
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____*0.00*_____

3. $ _____*0.00*_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *11/ 6/2014*        Respectfully submitted,

           X */s/ MATTHEW HARTLEY* _____

Attorney for Petitioner: *MATTHEW HARTLEY*
          *Hartley Law Center PLLC*
          *11225 N 28th Dr.*
          *Suite B 103*
          *Phoenix AZ  85029*
          *602-296-7900*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re   CHARLES LUKACS
      and
      IRIS M LUKACS

               Debtor(s)

Case No.   2:14-bk-16727
Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept............................$ 845.00
     Prior to the filing of this statement I have received .................$ 845.00
     Balance Due ....................................................................$ 0.00

2. A filing fee in the amount of $ 0.00   has been paid.

3. The source of the compensation paid to me was:
     ☐ Debtor ☐ Other (specify)

4. The source of compensation to be paid to me is:
     ☐ Debtor ☐ Other (specify)

5. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]:

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service(s):

---

### CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____     /s/ MATTHEW HARTLEY
_____

Date           MATTHEW HARTLEY       Bar #:   #014464
              Hartley Law Center PLLC
              11225 N 28th Dr.
              Suite B 103
              Phoenix , AZ   85029
              602-296-7900      Fax:

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

In re *CHARLES LUKACS and IRIS M LUKACS*

Case No. *2:14-bk-16727*
Chapter   7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $        0.00 | | |
| B-Personal Property | *Yes* | *3* | $     8,964.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $     15,491.87 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $        0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *22* | | $     87,255.98 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $     1,224.33 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $     3,807.00 |
| TOTAL | | *35* | $     8,964.00 | $   102,747.85 | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

In re *CHARLES LUKACS and IRIS M LUKACS*

Case No. *2:14-bk-16727*

Chapter  7

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *0.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ *1,224.33* |
| Average Expenses (from Schedule J, Line 22) | $ *3,807.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *4,206.83* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *8,032.87* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *87,255.98* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *95,288.85* |

In re _CHARLES LUKACS and IRIS M LUKACS_      Case No. _2:14-bk-16727_
<br>                         Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   _36_   sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _11/6/2014_            Signature _/s/ CHARLES LUKACS_
<br>                                                 _CHARLES LUKACS_

Date: _11/6/2014_            Signature _/s/ IRIS M LUKACS_
<br>                                                 _IRIS M LUKACS_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER  (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:                                              Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re _CHARLES LUKACS and IRIS M LUKACS_ _____,   Case No. _2:14-bk-16727_
Debtor(s)                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

(Report also on Summary of Schedules.)

In re __CHARLES LUKACS and IRIS M LUKACS__ ,  Case No. __2:14-bk-16727__
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *CHECKING ACCOUNT WITH WELLS FARGO (0474)* *Location: In debtor's possession* | C | $600.00 |
| | | *SAVINGS ACCOUNT WITH WELLS FARGO (8874)* *Location: In debtor's possession* | C | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *HOUSEHOLD ITEMS* *Location: In debtor's possession* | C | $405.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | *CLOTHING* *Location: In debtor's possession* | C | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. | X | | | |

Page ___1___ of ___3___

In re __CHARLES LUKACS and IRIS M LUKACS__ ,        Case No. __2:14-bk-16727__
                    Debtor(s)                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | VEHICLE 1: 2009 FORD EDGE WITH 121,000 MILES IN GOOD CONDITION (VALUE TAKEN FROM KBB.COM) Location: In debtor's possession | C | $7,459.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Case 2:14-bk-16727-MCW    Doc 17    Filed 11/24/14    Entered 11/24/14 13:27:35    Desc
Main Document       Page 8 of 47

In re **CHARLES LUKACS and IRIS M LUKACS** ,                    Case No. **2:14-bk-16727**

_____Debtor(s)_____                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | DOG<br>Location: In debtor's possession | C | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➔ | $8,964.00 |

Page ___3___ of ___3___                                                                 (Report also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re *CHARLES LUKACS and IRIS M LUKACS* _____ ,    Case No. *2:14-bk-16727*
_____
                        Debtor(s)                                               (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *CHECKING ACCOUNT WITH WELLS FARGO (0474)* | *ARS 33-1126(A)(9)* | *$ 600.00* | *$ 600.00* |
| *HOUSEHOLD ITEMS* | *ARS 33-1123* | *$ 405.00* | *$ 405.00* |
| *CLOTHING* | *ARS 33-1125(1)* | *$ 500.00* | *$ 500.00* |
| *VEHICLE 1: 2009 FORD EDGE* | *ARS 33-1125 (8)* | *$ 0.00* | *$ 7,459.00* |
| *DOG* | *ARS 33-1125(3)* | *$ 0.00* | *$ 0.00* |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re CHARLES LUKACS and IRIS M LUKACS       ,      Case No. 2:14-bk-16727
           **Debtor(s)**                                                     *(if known)*

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *4922*<br><br>*Creditor # : 1*<br>*A SPEEDY CASH CAR TITLE LOANS*<br>*1215 S. COUNTRY CLUB DR*<br>*Mesa AZ 85210* | C | *TITLE LOAN*<br>*VEHICLE 1: 2009 FORD EDGE*<br><br><br>Value: *$ 7,459.00* | | | | $ 2,283.08 | $ 2,283.08 |
| Account No: *2439*<br><br>*Creditor # : 2*<br>*BUCKEYE TITLE LOAN*<br>*135 E RAY RD*<br>*Chandler AZ 85225* | C | *TITLE LOAN*<br>*VEHICLE 1: 2009 FORD EDGE*<br><br><br>Value: *$ 7,459.00* | | | | $ 853.79 | $ 853.79 |

1    continuation sheets attached

                                                 **Subtotal $**<br>(Total of this page) | $ 3,136.87 | $ 3,136.87

                                               **Total $**<br>(Use only on last page)

(Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

In re _CHARLES LUKACS and IRIS M LUKACS_ _____,     Case No. _2:14-bk-16727_ _____

                    **Debtor(s)**                                                                **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **1000** <br><br> **Creditor # : 3** <br> **Santander Consumer Usa** <br> **Po Box 961245** <br> **Ft Worth TX 76161** | | **2013-09-30** <br><br> **VEHICLE 1: 2009 FORD EDGE** <br><br><br> Value: **$ 7,459.00** | | | | **$ 12,355.00** | **$ 4,896.00** |
| Account No: | | <br><br><br> Value: | | | | | |
| Account No: | | <br><br><br> Value: | | | | | |
| Account No: | | <br><br><br> Value: | | | | | |
| Account No: | | <br><br><br> Value: | | | | | |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

|  | Subtotal $ (Total of this page) | **$ 12,355.00** | **$ 4,896.00** |
|---|---|---|---|
|  | Total $ (Use only on last page) | **$ 15,491.87** | **$ 8,032.87** |
|  | | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re *CHARLES LUKACS* and *IRIS M LUKACS*                                         ,          Case No. *2:14-bk-16727*
                                                      **Debtor(s)**                                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

*1*   **continuation sheets attached**

In re <u>CHARLES LUKACS and IRIS M LUKACS</u> ,     Case No. <u>2:14-bk-16727</u>
          **Debtor(s)**                                                           **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim — H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 1* <br> *ARIZONA DEPARTMENT OF REVENUE* <br> *1600 W MONROE STREET* <br> *Phoenix AZ 85007* | C | *NOTICE ONLY* | | | | *$ 0.00* | *$ 0.00* | *$ 0.00* |
| Account No: <br> *Creditor # : 2* <br> *IRS* <br> *PO BOX 21126* <br> *Philadelphia PA 19114* | C | *NOTICE ONLY* | | | | *$ 0.00* | *$ 0.00* | *$ 0.00* |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. <u>1</u> of <u>1</u> continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | | |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | *0.00* | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | *0.00* | *0.00* |

In re _CHARLES LUKACS and IRIS M LUKACS_ ,          Case No. _2:14-bk-16727_
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _79-0_ <br><br> *Creditor # : 1* <br> *PROGRESSIVE INSUR* <br> *P.O. BOX 7247-0308* <br> *Philadelphia PA 19170* | C | | *COLLECTION* | | | | $ 1,858.00 |
| Account No: _4444_ <br><br> *Creditor # : 2* <br> *06 Progressive Home* | | | *2008-04-28* | | | | $ 644.00 |
| Account No: _4444_ <br><br> *Representing:* <br><br> *06 Progressive Home* | | | *CREDIT COLL* <br> *PO BOX 9134* <br> *NEEDHAM MA 02494* | | | | |

_21_ continuation sheets attached

|  | Subtotal $ | $ 2,502.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_ ,  Case No. _2:14-bk-16727_
_____
**Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3898<br><br>Creditor # : 3<br>AAA AUTO TITLE LOANS<br>4246 W NORTHERN AVE<br>Phoenix AZ 85051 | C | | PAYDAY LOAN | | | | $ 529.46 |
| Account No:   9-00<br><br>Creditor # : 4<br>ACE CASH EXPRESS<br>17220 N. 19TH AVE STE 101<br>Phoenix AZ 85023 | C | | PAYDAY LOAN | | | | $ 631.37 |
| Account No:   8001<br><br>Creditor # : 5<br>Acs/jpmib<br>501 Bleecker St<br>Utica NY 13501 | | | 2005-09-14 | | | | $ 7,941.00 |
| Account No:   6941<br><br>Creditor # : 6<br>Advanced Urgent Care | | | 2010-04-19 | | | | $ 50.00 |
| Account No:   6941<br><br>Representing:<br><br>Advanced Urgent Care | | | HEALTHCARE COLL I LLC<br>2224 W NORTHERN AVE STE<br>PHOENIX AZ 85021 | | | | |

Sheet No. _1_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 9,151.83
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_ ,          Case No. _2:14-bk-16727_

**Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2981<br>Creditor # : 7<br>American Honda Finance<br>Po Box 1027<br>Alpharetta GA 30009 | | J | 2006-06-24<br>NOTICE ONLY | | | | $ 0.00 |
| Account No: 8229<br>Creditor # : 8<br>Applied Bank<br>660 Plaza Dr<br>Newark DE 19702 | | | 2006-11-27 | | | | $ 0.00 |
| Account No: 7718<br>Creditor # : 9<br>Applied Bnk<br>4700 Exchange Cour<br>Boca Raton FL 33431 | | | 2006-11-27 | | | | $ 0.00 |
| Account No: 8280<br>Creditor # : 10<br>APS<br>PO BOX 2906<br>Phoenix AZ 85062 | | C | Utility Bills | | | | $ 228.00 |
| Account No: 8449<br>Creditor # : 11<br>At T | | | 2014-09-02 | | | | $ 128.00 |

Sheet No. _2_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 356.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *CHARLES LUKACS and IRIS M LUKACS*                                    ,        Case No. *2:14-bk-16727*
                                                                                                    _____
**Debtor(s)**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    *8449* Representing: At T | | | *ENHANCED RECOVERY CO L 8014 BAYBERRY RD JACKSONVILLE FL 32256* | | | | |
| Account No: *Creditor # : 12* AVEN | C | | | | | | $ 0.00 |
| Account No:   *9580* *Creditor # : 13* AVENUE 25 APTS 18250 N. 25TH AVE Phoenix AZ 85023 | C | | COLLECTION | | | | Unknown |
| Account No:   *2538* *Creditor # : 14* Canyon Crest Apts  C | | | 2013-03-06 | | | | $ 3,245.00 |
| Account No:   *2538* Representing: Canyon Crest Apts  C | | | *IQ DATA INTERNATIONAL PO BOX 3568 EVERETT WA 98213* | | | | |

Sheet No.   *3*  of    *21* continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    | $ 3,245.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_ _____ ,        Case No. _2:14-bk-16727_
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   4759 | | | 2008-03-11 | | | | $ 1,744.00 |
| Creditor # : 15 Cap One Po Box 85520 Richmond VA 23285 | | | | | | | |
| Account No.   6800 | C | | COLLECTION | | | | Unknown |
| Creditor # : 16 CAPRI ON CAMELBACK 5115 N. 40TH ST Phoenix AZ 85018 | | | | | | | |
| Account No.   6334 | | | 2007-11-05 | | | | $ 1,612.00 |
| Creditor # : 17 Cbna Po Box 769006 San Antonio TX 78245 | | | | | | | |
| Account No.   1896 | C | | Utility Bills | | | | $ 206.09 |
| Creditor # : 18 Centurylink P.O. BOX 29040 Phoenix AZ 85038 | | | | | | | |
| Account No.   5464 | C | | Utility Bills | | | | $ 327.02 |
| Creditor # : 19 COMCAST PO BOX 3006 Southeastern PA 19398-3006 | | | | | | | |

Sheet No.   4  of   21  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 3,889.11
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_ ,     Case No. _2:14-bk-16727_

**Debtor(s)**                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 1853 <br> Creditor # : 20 <br> Community Diagnostic | | 2013-09-04 | | | | $ 70.00 |
| Account No: 1853 <br> Representing: <br> Community Diagnostic | | MERCHANTS ASSOC COOL D <br> 134 S TAMPA ST <br> TAMPA FL 33602 | | | | |
| Account No: 3428 <br> Creditor # : 21 <br> Cox Communications | | 2011-04-22 | | | | $ 0.00 |
| Account No: 3428 <br> Representing: <br> Cox Communications | | RGS FINANCIAL <br> 1700 JAY ELL DR STE 200 <br> RICHARDSON TX 75081 | | | | |
| Account No: <br> Creditor # : 22 <br> CREDIT ACCEPTANCE <br> PO BOX 513 <br> Southfield MI 48037 | C | | | | | $ 0.00 |

Sheet No. __5__ of __21__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

     Subtotal $      $ 70.00

     Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_ ,  Case No. _2:14-bk-16727_
      **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** 5591<br>Creditor # : 23<br>CREDIT COLLECTION SERVICES<br>TWO WELLS AVE<br>Newton Center MA 02459 | C | COLLECTION | | | | $ 176.70 |
| **Account No:** 0074<br>Creditor # : 24<br>Dept Of Veterans Affai<br>Po Box 11930<br>Saint Paul MN 55111 | | 2011-12-01 | | | | $ 11,848.00 |
| **Account No:** 0072<br>Creditor # : 25<br>Dept Of Veterans Affai<br>Po Box 11930<br>Saint Paul MN 55111 | | 2011-09-01 | | | | $ 14,733.00 |
| **Account No:** 0071<br>Creditor # : 26<br>Dept Of Veterans Affai<br>Po Box 11930<br>Saint Paul MN 55111 | | 2014-05-01 | | | | $ 543.00 |
| **Account No:** 8488<br>Creditor # : 27<br>Desert Grove Family | J | 2010-02-23 | | | | $ 135.00 |

Sheet No. _6_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 27,435.70

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_____,        Case No. _2:14-bk-16727_____
            **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** 8488 *Representing:* *Desert Grove Family* | | *J R BROTHERS FINANCE I 10000 N 31ST AVE STE D20 PHOENIX AZ 85051* | | | | |
| **Account No:** *Creditor # : 28 ENCANTO JUSTICE COURT 620 W JACKSON Phoenix AZ 85003* | C | | | | | $ 0.00 |
| **Account No:** 3342 *Creditor # : 29 ENHANCED RECOVERY 8014 BAYBERRY ROAD Jacksonville FL 32256* | C | *COLLECTION* | | | | $ 83.23 |
| **Account No:** 5748 *Creditor # : 30 FARM BUREAU PROPERTY & CASUALTY P.O. BOX 6460 Carol Stream IL 60197* | C | *COLLECTION* | | | | $ 57.45 |
| **Account No:** 3077 *Creditor # : 31 First Premier Bank 601 S Minnesota Ave Sioux Falls SD 57104* | | *2013-10-11* | | | | $ 385.00 |

Sheet No. __7__ of __21__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 525.68

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re <u>CHARLES LUKACS and IRIS M LUKACS</u>, Case No. <u>2:14-bk-16727</u>
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 2859 <br> Creditor # : 32 <br> Florida Medical Clin | | 2013-08-09 | | | | $ 0.00 |
| Account No: 2859 <br> Representing: <br> Florida Medical Clin | | CHOICE RECOVERY <br> 1550 OLD HENDERSON RD ST <br> COLUMBUS OH 43220 | | | | |
| Account No: 0643 <br> Creditor # : 33 <br> Florida Medical Clin | | 2014-03-11 | | | | $ 132.00 |
| Account No: 0643 <br> Representing: <br> Florida Medical Clin | | GULF COAST COLLECTION <br> 5630 MARQUESAS CIR <br> SARASOTA FL 34233 | | | | |
| Account No: <br> Creditor # : 34 <br> HADLEY, POACH & ANDERSON, P.C. <br> 16150 N. ARROWHEAD FOUNT. CTR <br> SUITE 140 <br> Peoria AZ 85382 | C | | | | | $ 0.00 |

Sheet No. _8_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 132.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re <u>CHARLES LUKACS and IRIS M LUKACS</u>,     Case No. <u>2:14-bk-16727</u>

              **Debtor(s)**                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 8988<br><br>Creditor # : 35<br>HULL, HOLLIDAY & HOLLIDAY, PLC<br>5025 N CENTRAL AVE<br>BOX 643<br>Phoenix AZ 85012 | C | LAWSUIT | | | | $ 1,755.73 |
| Account No: 8988<br><br>Representing:<br><br>HULL, HOLLIDAY & HOLLIDAY, PLC | | VILLA RITA<br>18250 N. 25TH AVE<br>Phoenix AZ 85023 | | | | |
| Account No: 4435<br><br>Creditor # : 36<br>HUMANA INS<br>P.O. BOX 533<br>Carol Stream IL 60132 | C | COLLECTION | | | | $ 44.00 |
| Account No: 8452<br><br>Creditor # : 37<br>Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls WI 53051 | | 2007-03-03 | | | | $ 0.00 |
| Account No: 0220<br><br>Creditor # : 38<br>Mcydsnb<br>9111 Duke Blvd<br>Mason OH 45040 | | 2007-01-29 | | | | $ 622.00 |

Sheet No. <u>9</u> of <u>21</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal $      $ 2,421.73

                                      Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_____ ,      Case No. _2:14-bk-16727____
　　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    0474 | | C | | | | | $ 223.76 |
| Creditor # : 39 MONEYMART 13045 ANCHO SANTE FE BLVD Avondale AZ 85392 | | | PAYDAY LOAN | | | | |
| Account No.    8988 | | C | | | | | $ 0.00 |
| Creditor # : 40 MOON  VALLEY JUSTICE COURT 18380 N 40TH STREET Phoenix AZ 85032 | | | NOTICE ONLY | | | | |
| Account No.    7529 | | J | 2013-05-21 | | | | $ 203.00 |
| Creditor # : 41 Navy Federal Cr Union Po Box 3700 Merrifield VA 22119 | | | | | | | |
| Account No.    5867 | | | 2012-07-31 | | | | $ 223.00 |
| Creditor # : 42 Nv Energy | | | | | | | |
| Account No.    5867 | | | | | | | |
| Representing:  Nv Energy | | | AARGON AGENCY INC 8668 SPRING MOUNTAIN RD LAS VEGAS NV 89117 | | | | |

Sheet No. _10_ of _21_ continuation sheets attached to Schedule of      **Subtotal $**      $ 649.76
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_ ,    Case No. _2:14-bk-16727_
    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   1450<br><br>Creditor # : 43<br>NYHMCQ ER PRACTICE PLAN<br>P.O. BOX 27842<br>New York NY 10087 | C | Medical Bills | | | | $ 490.00 |
| Account No.   9348<br><br>Creditor # : 44<br>Ocwen Loan Servicing L<br>3451 Hammond Ave<br>Waterloo IA 50702 | | 2009-09-23<br>NOTICE ONLY | | | | $ 0.00 |
| Account No.   4340<br><br>Creditor # : 45<br>One Nevada Credit Unio<br>2645 S Mojave Rd<br>Las Vegas NV 89121 | | 2009-08-24<br>COLLECTION | | | | $ 5,733.00 |
| Account No:<br><br>Creditor # : 46<br>OUT | C | | | | | $ 0.00 |
| Account No:   6669<br><br>Creditor # : 47<br>OUTSOURCE RECEIVABLES<br>P.O. BOX 166<br>372 24TH ST STE 300<br>Ogden UT 84401 | C | COLLECTION | | | | $ 355.74 |

Sheet No. _11_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 6,578.74

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_ ,           Case No. _2:14-bk-16727_
           **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 48** <br> **ROCKRIDGE** | C | | | | | $ 0.00 |
| Account No: 9580 <br> **Creditor # : 49** <br> **ROCKRIDGE APTS** <br> **103RD33 N. ORACLE** <br> **Tucson AZ 85737** | C | *COLLECTION* | | | | Unknown |
| Account No: 9323 <br> **Creditor # : 50** <br> **Scottsdale Emergency** | | *2009-07-22* | | | | $ 387.00 |
| Account No: 9323 <br> **Representing:** <br> **Scottsdale Emergency** | | *BUREAU OF MED ECONCS* <br> *326 E CORONADO RD* <br> *PHOENIX AZ 85004* | | | | |
| Account No: 7700 <br> **Creditor # : 51** <br> **Sears/cbna** <br> **Po Box 6189** <br> **Sioux Falls SD 57117** | | *2005-11-21* | | | | $ 820.00 |

Sheet No. _12_ of _21_ continuation sheets attached to Schedule of            Subtotal $        $ 1,207.00
Creditors Holding Unsecured Nonpriority Claims                                Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_ ,    Case No. _2:14-bk-16727_
Debtor(s)                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 1026 <br><br> Creditor # : 52 <br> Slm Financial Corp <br> 11100 Usa Pkwy <br> Fishers IN 46037 | | | 2004-07-15 | | | | $ 0.00 |
| Account No: 0914 <br><br> Creditor # : 53 <br> Slm Financial Corp <br> 11100 Usa Pkwy <br> Fishers IN 46037 | | | 2005-09-14 | | | | $ 0.00 |
| Account No: 1016 <br><br> Creditor # : 54 <br> Slm Financial Corp <br> 11100 Usa Pkwy <br> Fishers IN 46037 | | | 2004-07-15 | | | | $ 0.00 |
| Account No: 6025 <br><br> Creditor # : 55 <br> So Calif Edison Compan <br> 2131 Walnut Grove Ave <br> Rosemead CA 91770 | J | | 2012-02-09 | | | | $ 376.00 |
| Account No: 7539 <br><br> Creditor # : 56 <br> Southwest Diag Imagi | | | 2009-07-20 | | | | $ 146.00 |

Sheet No. _13_ of _21_ continuation sheets attached to Schedule of    Subtotal $ | $ 522.00
Creditors Holding Unsecured Nonpriority Claims

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re <u>CHARLES LUKACS and IRIS M LUKACS</u> , Case No. <u>2:14-bk-16727</u>
    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. 7539 *Representing:* *Southwest Diag Imagi* | | BUREAU OF MED ECONCS 326 E CORONADO RD PHOENIX AZ 85004 | | | | |
| Account No. Creditor # : 57 SPEEDY CASH 3607 N RIDGE ROAD STE 106 Wichita KS 67205 | C | | | | | $ 0.00 |
| Account No. 4922 Creditor # : 58 SPEEDY CASH 1215 S. COUNRTY CLUB DR Mesa AZ 85210 | C | PAYDAY LOAN | | | | $ 717.71 |
| Account No. 5603 Creditor # : 59 Sprint | | 2014-07-15 | | | | $ 1,373.00 |
| Account No. 5603 *Representing:* *Sprint* | | DIVERSIFIED ADJUSTMENT 600 COON RAPIDS BLVD NW COON RAPIDS MN 55433 | | | | |

Sheet No. <u>14</u> of <u>21</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,090.71
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  *CHARLES LUKACS and IRIS M LUKACS* _____ ,  Case No. *2:14-bk-16727* ____

**Debtor(s)**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   6750<br><br>Creditor # : 60<br>Sprint | | | 2014-06-30 | | | | $ 877.00 |
| Account No.   6750<br><br>Representing:<br><br>Sprint | | | ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256 | | | | |
| Account No.   0245<br><br>Creditor # : 61<br>Summerlin Hospital | | | 2013-06-10 | | | | $ 179.00 |
| Account No.   0245<br><br>Representing:<br><br>Summerlin Hospital | | | AARGON AGENCY INC<br>8668 SPRING MOUNTAIN RD<br>LAS VEGAS NV 89117 | | | | |
| Account No.   0644<br><br>Creditor # : 62<br>Summerlin Hospital | | | 2013-06-24 | | | | $ 298.00 |

Sheet No.  _15_  of  _21_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**  |  $ 1,354.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_____ ,  Case No. _2:14-bk-16727____
_____
**Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. 0644 Representing: Summerlin Hospital | | | AARGON AGENCY INC 8668 SPRING MOUNTAIN RD LAS VEGAS NV 89117 | | | | |
| Account No. 0162 Creditor # : 63 Summerlin Hospital | | | 2013-06-10 | | | | $ 405.00 |
| Account No. 0162 Representing: Summerlin Hospital | | | AARGON AGENCY INC 8668 SPRING MOUNTAIN RD LAS VEGAS NV 89117 | | | | |
| Account No. 9011 Creditor # : 64 TD BANK P.O. BOX 9547 Portland ME 04112 | C | | OVERDRAWN BANK ACCOUNT | | | | $ 404.98 |
| Account No. 7248 Creditor # : 65 TD BANK P.O. BOX 9547 Portland ME 04112 | C | | OVERDRAWN BANK ACCOUNT | | | | $ 90.00 |

Sheet No. _16_ of _21_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 899.98

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_ _____ ,    Case No. _2:14-bk-16727_
                          **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | C | | | | | $ 0.00 |
| Creditor # : 66 TEACHERS ON CALL PO BOX 1205 Chandler AZ 85244 | | | | | | | |
| Account No:   3758 | | C | Utility Bills | | | | $ 337.59 |
| Creditor # : 67 TEP P.O. BOX 80077 Prescott AZ 86304 | | | | | | | |
| Account No:   2339 | | C | COLLECTION | | | | $ 5,753.56 |
| Creditor # : 68 THE FAIRWAYS APTS HOMES 777 LER BLVDW. CHA Chandler AZ 85225 | | | | | | | |
| Account No:   2110 | | | 2014-05-21 | | | | $ 525.00 |
| Creditor # : 69 Time Warner | | | | | | | |
| Account No:   2110 Representing:  Time Warner | | | SOUTHWEST CREDIT SYSTE 4120 INTERNATIONAL PKWY CARROLLTON TX 75007 | | | | |

Sheet No. _17_ of _21_ continuation sheets attached to Schedule of          **Subtotal $**          $ 6,616.15
Creditors Holding Unsecured Nonpriority Claims                             **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_ ,                          Case No. _2:14-bk-16727_
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 1155 <br> Creditor # : 70 <br> Umc Hosp Outpt Vtlwr | | 2012-07-26 | | | | $ 33.00 |
| Account No: 1155 <br> Representing: <br> Umc Hosp Outpt Vtlwr | | CREDIT BUREAU CENTRAL <br> 2980 S JONES BLVD STE A <br> LAS VEGAS NV 89146 | | | | |
| Account No: 6655 <br> Creditor # : 71 <br> Umc Hosp Outpt Vtlwr | | 2012-07-03 | | | | $ 35.00 |
| Account No: 6655 <br> Representing: <br> Umc Hosp Outpt Vtlwr | | CREDIT BUREAU CENTRAL <br> 2980 S JONES BLVD STE A <br> LAS VEGAS NV 89146 | | | | |
| Account No: 6656 <br> Creditor # : 72 <br> Umc Hosp Outpt Vtlwr | | 2012-07-03 | | | | $ 166.00 |

Sheet No. _18_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal $ | $ 234.00 |
|---|---|---|
| | **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  *CHARLES LUKACS and IRIS M LUKACS* ,                          Case No. *2:14-bk-16727*

**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  6656 <br><br> *Representing:* <br><br> *Umc Hosp Outpt Vtlwr* | | | *CREDIT BUREAU CENTRAL* <br> *2980 S JONES BLVD STE A* <br> *LAS VEGAS NV 89146* | | | | |
| Account No:  0071 <br> *Creditor # : 73* <br> *Us Vet Adm* <br> *Po Box 1930 Fort Snelling* <br> *St Paul MN 55511* | | | *2011-09-01* | | | | $ 0.00 |
| Account No:  8578 <br> *Creditor # : 74* <br> *Usaa Federal Savings B* <br> *Po Box 47504* <br> *San Antonio TX 78265* | | | *2008-11-21* <br> *NOTICE ONLY* | | | | $ 0.00 |
| Account No:  8974 <br> *Creditor # : 75* <br> *Usaa Federal Savings B* <br> *Po Box 47504* <br> *San Antonio TX 78265* | | | *2007-09-28* | | | | $ 0.00 |
| Account No:  2400 <br> *Creditor # : 76* <br> *Usaa Federal Savings B* <br> *Po Box 47504* <br> *San Antonio TX 78265* | | | *2007-01-09* <br> *COLLECTION* | | | | $ 350.00 |

Sheet No.  *19*  of  *21*  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  | $ 350.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _CHARLES LUKACS and IRIS M LUKACS_ ,                     Case No. _2:14-bk-16727_
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  5703 <br> Creditor # : 77 <br> Usaa Savings Bank <br> Po Box 47504 <br> San Antonio TX 78265 | | | 2007-01-19 | | | | $ 7,813.00 |
| Account No:  3353 <br> Creditor # : 78 <br> Verizon | | | 2013-04-01 | | | | $ 368.00 |
| Account No:  0001 <br> Creditor # : 79 <br> Verizon Wireless <br> 1 Verizon Pl <br> Alpharetta GA 30004 | | | 2013-04-08 | | | | $ 127.00 |
| Account No:  2450 <br> Creditor # : 80 <br> Vw Credit Inc <br> 1401 Franklin Blvd <br> Libertyville IL 60048 | | J | 2006-09-01 <br> NOTICE ONLY | | | | $ 0.00 |
| Account No:  7037 <br> Creditor # : 81 <br> Western Funding Inc <br> 3915 E Patrick Ln <br> Las Vegas NV 89120 | | | 2011-05-02 <br> COLLECTION | | | | $ 7,962.00 |

Sheet No. _20_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 16,270.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re <u>CHARLES LUKACS and IRIS M LUKACS</u> ,     Case No. <u>2:14-bk-16727</u>
          **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. | | C | | | | | $ 0.00 |
| Creditor # : 82 WHY | | | | | | | |
| Account No.   8206 | | C | | | | | $ 754.59 |
| Creditor # : 83 WHYNOT LEASING 1750 ELM ST STE 1200 Manchester NH 03104 | | | COLLECTION | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet No. <u>21</u> of <u>21</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 754.59

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

**Total $**      $ 87,255.98

In re __CHARLES LUKACS and IRIS M LUKACS__ / Debtor    Case No. __2:14-bk-16727__

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| __AVENUE 25 APARTMENTS__<br>__18250 N 25TH AVE__<br>__Phoenix AZ  85023__ | Contract Type:__Residential lease__<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br><br>Buyout Option: |
| __SPRINT__<br>__800 SW 39TH ST__<br>__Renton WA  98057__ | Contract Type:__Service contract__<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description:<br><br>Buyout Option: |

In re **CHARLES LUKACS and IRIS M LUKACS** _____ / Debtor     Case No. **2:14-bk-16727** _____

                                                                                                (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

**Fill in this information to identify your case:**

Debtor 1    CHARLES LUKACS
            First Name          Middle Name          Last Name

Debtor 2    IRIS M LUKACS
(Spouse, if filing)  First Name    Middle Name        Last Name

United States Bankruptcy Court for the: _____ District of ARIZONA

Case number    2:14-bk-16727
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---------|---------------------|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|--|----------|-------------------------------|
| **Employment status** | ☑ Employed  ☐ Not employed | ☐ Employed  ☑ Not employed |
| **Occupation** | AIRCRAFT MECH. | |
| **Employer's name** | LANDLARK AVIATION | |
| **Employer's address** | 14700 N AIRPORT RD | |
|  | Number  Street | Number  Street |
|  | Scottsdale    AZ    85260 | |
|  | City    State    ZIP Code | City    State    ZIP Code |
| **How long employed there?** | 3 MO | |

| Part 2: | Give Details About Monthly Income |
|---------|-----------------------------------|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|--|--|--------------|-----------------------------------|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 0.00 | $ 0.00 |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................................ ➔ | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1224.33 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 1224.33 | $ 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10. **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,224.33 | + | $ 0.00 | = $ 1224.33 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. + $ _____ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies  12.   $ _____ 1224.33

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
  ☑ No.
  ☐ Yes. Explain: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | CHARLES LUKACS |
| | First Name          Middle Name          Last Name |
| Debtor 2 | IRIS M LUKACS |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: _____ District of ARIZONA |
| Case number | 2:14-bk-16727 |
| (If known) | |

**Check if this is:**

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| DAUGHTER | 2 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 999.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

| | | | | **Your expenses** |
|---|---|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans
  5. $_____ 0.00

6. **Utilities:**

  6a. Electricity, heat, natural gas
  6a. $_____ 275.00

  6b. Water, sewer, garbage collection
  6b. $_____ 72.00

  6c. Telephone, cell phone, Internet, satellite, and cable services
  6c. $_____ 250.00

  6d. Other. Specify: _____
  6d. $_____ 0.00

7. **Food and housekeeping supplies**
  7. $_____ 738.00

8. **Childcare and children's education costs**
  8. $_____ 0.00

9. **Clothing, laundry, and dry cleaning**
  9. $_____ 215.00

10. **Personal care products and services**
  10. $_____ 80.00

11. **Medical and dental expenses**
  11. $_____ 60.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
  Do not include car payments.
  12. $_____ 300.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**
  13. $_____ 200.00

14. **Charitable contributions and religious donations**
  14. $_____ 0.00

15. **Insurance.**
  Do not include insurance deducted from your pay or included in lines 4 or 20.

  15a. Life insurance
  15a. $_____ 0.00

  15b. Health insurance
  15b. $_____ 0.00

  15c. Vehicle insurance
  15c. $_____ 190.00

  15d. Other insurance. Specify:_____
  15d. $_____ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
  Specify: _____
  16. $_____ 0.00

17. **Installment or lease payments:**

  17a. Car payments for Vehicle 1
  17a. $_____ 428.00

  17b. Car payments for Vehicle 2
  17b. $_____ 0.00

  17c. Other. Specify:_____
  17c. $_____ 0.00

  17d. Other. Specify:_____
  17d. $_____ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form B 6I).
  18. $_____ 0.00

19. **Other payments you make to support others who do not live with you.**
  Specify:_____
  19. $_____ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

  20a. Mortgages on other property
  20a. $_____ 0.00

  20b. Real estate taxes
  20b. $_____ 0.00

  20c. Property, homeowner's, or renter's insurance
  20c. $_____ 0.00

  20d. Maintenance, repair, and upkeep expenses
  20d. $_____ 0.00

  20e. Homeowner's association or condominium dues
  20e. $_____ 0.00

21.  **Other**. Specify: _____    21.  +$_____0.00

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.    22.  $_____3807.00

23.  **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $_____1224.33

23b.  Copy your monthly expenses from line 22 above.    23b.  — $_____3807.00

23c.  Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income*.    23c.  $_____-2582.67

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

In re *CHARLES LUKACS and IRIS M LUKACS*

Case No. *2:14-bk-16727*

Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes     ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  _11/ 6/2014_____

Debtor:  _/s/ CHARLES LUKACS_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

In re *CHARLES LUKACS and IRIS M LUKACS*

Case No. *2:14-bk-16727*
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. | |
|---|---|
| **Creditor's Name :**<br><br>*None* | **Describe Property Securing Debt :** |

Property will be (check one) :

☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes      ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date:  *11/ 6/2014*                    Debtor:  */s/ IRIS M LUKACS*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

In re *CHARLES LUKACS and IRIS M LUKACS*

Case No. *2:14-bk-16727*
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Santander Consumer Usa* | *VEHICLE 1: 2009 FORD EDGE* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *BUCKEYE TITLE LOAN* | *VEHICLE 1: 2009 FORD EDGE* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *DEBTOR WILL RETAIN COLLATERAL*  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt     ☐ Not claimed as exempt

| Property No. *3* | |
|---|---|
| **Creditor's Name :**<br><br>*A SPEEDY CASH CAR TITLE LOANS* | **Describe Property Securing Debt :**<br><br>*VEHICLE 1: 2009 FORD EDGE* |

Property will be (check one) :

☐ Surrendered   ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain *DEBTOR WILL RETAIN COLLATERAL* _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt   ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes   ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: *11/ 6/2014* _____   Debtor: */s/ CHARLES LUKACS* _____

Date: *11/ 6/2014* _____   Joint Debtor: */s/ IRIS M LUKACS* _____